FILED
CLERK, U.S. DISTRICT COURT
SEP 2 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 00-1054 |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Samuel Coleman ) Defendant. ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of Cal for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Sa PSA report_

```
 1  _____
 2  _____
 3  _____
 4      and/or
 5  B.  (✓) The defendant has not met his/her burden of establishing by
 6      clear and convincing evidence that he/she is not likely to pose
 7      a danger to the safety of any other person or the community if
 8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9      on:  See PSA report
10  _____
11  _____
12  _____
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   9/22/10
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE
```