FILED
CLERK, U.S DISTRICT COURT

OCT   4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

15    UNITED STATES OF AMERICA,          )          CR00-1054-JSL
                                         )
16                  Plaintiff,           )   ORDER OF DETENTION AFTER
                                         )   HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17           v.                          )   Allegations of Violations of Probation
                                         )   Supervised Release)
18                                       )   Conditions of Release)
      SAMUEL COLEMAN                     )
19                                       )
                  Defendant.             )
20    _____)

             On arrest warrant issued by a United States District Court involving

21    alleged violations of conditions of probation or Supervised Release,

22           The court finds no condition or combination of conditions that will

23    reasonably assure:

24           (A)    (X)     the appearance of defendant as required; and/or

25           (B)    (X)     the safety of any person or the community.

26    //

27    //

28

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will comply with release conditions or not commit another crime. Defendant has multiple prior supervised release violations.

(B) (x) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will comply with conditions of release. Defendant has no bail resources or sureties.

IT IS ORDERED that defendant be detained.

DATED: 10/4/12

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2